IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGIONS BANK

    Plaintiff,

v.                           No. 3:17-cv-853 DRH SCW

RAYMOND G. FAUSZ, JR.,
ANNETTE M. FAUSZ,
ARAY, INC., and
THE FAUSZ GROUP COMPANY,

    Defendants.

### ORDER APPROVING RECEIVER'S SURETY BOND

NOW on the 16th day of April, 2018, the Court considers in chambers Plaintiff's Motion to Approve Receiver's Surety Bond (doc. 34). The Court, having examined the copy of the bond submitted therewith, hereby finds the same to comply with the Order Appointing Receiver (doc. 30) entered on March 28, 2018. The said bond is therefore approved.

    **IT IS SO ORDERED.**

Judge Herndon
2018.04.16
13:17:29 -05'00'

United States District Judge

1